**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2011

Civil Action No. 11-cv-01623-BNB

GREGORY C. LANGHAM
_____
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

JOHN A. BUSH,

     Applicant,

v.

RENE GARCIA, Warden,

     Respondent.

_____

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**
_____

     Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order. Applicant will be directed to cure the following if he wishes to pursue his claims.

Any papers which the Applicant files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or

|       |     | habeas application                                          |
|-------|-----|-------------------------------------------------------------|
| (9)   | __  | An original and a copy have not been received by the court. |
|       |     | Only an original has been received.                          |
| (10)  | __  | other:_____.            |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | X  | is missing an original signature by the prisoner |
| (14) | X  | is missing page no. _5_ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 28, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01623-BNB

John A Bush
Reg. No. 13219-081
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 form** to the above-named individuals on June 28, 2011.


           GREGORY C. LANGHAM, CLERK


     By:_____
                    Deputy Clerk