```
                                                                    FILED
                                                            UNITED STATES DISTRICT COURT
                                                                 DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AUG 2 3 2011**

Civil Action No. 11-cv-01623-BNB

**GREGORY C. LANGHAM**
                    **CLERK**

JOHN A. BUSH,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

---

## ORDER DRAWING CASE

---

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED at Denver, Colorado, this 23rd day of August, 2011.

                                                                BY THE COURT:

                                                         *s/Craig B. Shaffer*
                                                         Craig B. Shaffer
                                                         United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01623-BNB

John A Bush
Reg. No. 13219-081
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk